# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Leodis R. Roach  Docket No. 2:10CR00096-001

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Matthew D. Elvin, DEPUTY CHIEF PROBATION/PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Leodis R. Roach, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, sitting in the Court at Spokane, WA, on the 6th day of June 2011 under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer, and defense counsel, within one business day of any charge, arrest, or contact with law enforcement.

**Standard Condition #5**: Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Leodis R. Roach was released on pretrial supervision on June 6, 2011. Due to his residency in Portland, Oregon, the District of Oregon has been providing courtesy pretrial supervision of the defendant. On August 19, 2011, Mr. Roach was arrested by the Portland Police Department and booked into the Multnomah County Jail on charges of attempted murder, felon in possession of a firearm, and unlawful use of a weapon. On August 22, 2011, United States Pretrial Services Officer, Michael D. McFarland, of the District of Oregon, notified the undersigned officer of Mr. Roach's arrest and requested a petition for action be submitted to the Court.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on: 08/22/2011 |
| by | s/M.D. Elvin |
| | M.D. Elvin
Deputy Chief Probation Officer |

PS-8
Re:  Roach, Leodis R.
August 22, 2011
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

S/CYNTHIA IMBROGNO

Signature of Judicial Officer

8/22/2011

Date